BRADLEY KASS, ESQ. (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Suite 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax Number:   (650) 579-0760
*kassoffice@sbcglobal.net*

Attorney for Debtor and Monica Hujazi

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# APPEAL FROM BANKRUPTCY COURT

| | |
|---|---|
| In re:<br><br>2141 Forest View LLC,<br><br>      Debtor. | No. C-14-04852 EMC<br><br>Case No. 14-30856 HLB<br>Chapter 11<br><br>(BAP No: 14-1502)<br><br>**STIPULATION FOR DISMISSAL OF APPEAL**<br><br>DEPT: Courtroom 5, 17th Floor |

Motion

Appellant/Debtor 2141 Forest View LLC, Appellant Monica Hujazi and Respondent Otto Miller hereby stipulate to the dismissal of the within-entitled appeal and request this Court to enter an order dismissing the appeal with prejudice, all parties to bear their own attorney fees and costs.

DATED: 5/18/15

BRADLEY KASS, ESQ.
Attorney for Appellants

DATED: May 11, 2015

HAROLD JAFFE, ESQ.
Attorney for Respondent

It is so ordered:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion

1